UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHAROAH V. MORRIS,

        Plaintiff,

  v.                                        Case No. 05-C-0458

LETITIA LEY, *et al.*,

        Defendants.

**ORDER**

Plaintiff Pharoah V. Morris brought this civil rights action under 42 U.S.C. § 1983. On June 10, 2005, the court dismissed plaintiff's original complaint on screening for failure to comply with Fed. R. Civ. P. 8(a). Thereafter, plaintiff filed an amended complaint setting forth three claims against eleven defendants. In screening that complaint (which was allowed to proceed), the court noted plaintiff's argument that its dismissal of the original complaint had precluded plaintiff from bringing other claims against other defendants, and vacated its Order of June 10 insofar as it could be construed to do so. Plaintiff has now filed a second amended complaint. The complaint appears to be an attempt to supplement the first amended complaint; its numbering picks up where the first amended complaint left off, and contains a Count I that is "[i]n addition to Count I of the plaintiff's amended complaint." (2d Am. Compl. at 15.) Civil L.R. 15.1 requires that "[a]ny amendment to a pleading, whether filed as a matter of course or upon motion to amend, must reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." In other words, if plaintiff wishes to amend his complaint, he must file a single document setting forth all his claims

against all the defendants he wishes to sue. Because the second amended complaint does not do this, it will be dismissed, without prejudice and with leave to re-plead.

**IT IS THEREFORE ORDERED** that plaintiff's second amended complaint (Docket #17) is hereby **DISMISSED**, without prejudice and with leave to re-plead within twenty-one days.

Dated this   2nd    day of August, 2005.


        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge