UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHAROAH V. MORRIS,

    Plaintiff,

v.                                            Case No. 05-C-0458

LETITIA LEY, *et al.*,

    Defendants.

## ORDER

Plaintiff, a state prisoner proceeding *pro se*, has filed his third amended complaint in this civil rights action. Plaintiff's third amended complaint essentially repeats and expands upon the allegations of his first amended complaint. Count VI of the third amended complaint adds a claim that a John Doe clothing room supervisor, with the knowledge and approval of Defendant McCaughtry, refused to provide him with winter clothes during the winter of 2004, thus precluding him from participating in outside recreation. The plaintiff also alleges that Defendants Schmit and Aguire forced him to go outside without winter clothes during passes. These allegations may state a claim under the Eighth and Fourteenth Amendments.

**IT IS THEREFORE ORDERED** that the U.S. Marshals Service shall serve a copy of the third amended complaint, the first amended complaint, a waiver of service form and/or the summons, and this order upon the defendant pursuant to Fed. R. Civ. P. 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting to make such service. 28 U.S.C. § 1921(b). The current fee for waiver-of-service packages is $8.00 per item.

The full fee schedule is provided in 28 C.F.R. § 0.114(a)(2), (a)(3). Even though Congress requires the court to order service by the U.S. Marshals Service when an impoverished person is permitted to proceed *in forma pauperis*, Congress has not provided for these fees to be waived, either by the court or the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that the defendants shall file a responsive pleading to the plaintiff's third amended complaint only.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to Corey Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857.

Plaintiff is hereby notified that, from now on, he is required, under Fed. R. Civ. P. 5(a), to send a copy of every paper or document filed with the court to the opposing parties or their attorney(s). Plaintiff should also retain a personal copy of each document. If plaintiff does not have access to a photocopy machine, plaintiff may send out identical handwritten or typed copies of any documents. The court may disregard any papers or documents which do not indicate that a copy has been sent to each defendant or to their attorney(s).

Plaintiff is further advised that failure to make a timely submission may result in the dismissal of this action for failure to prosecute.

In addition, the parties must notify the clerk of court's office of any change of address. Failure to do so could result in orders or other information not being timely delivered, thus affecting the legal rights of the parties.

Nothing in this order or in § 1915A precludes a defendant from moving to dismiss any claim identified in this order or potentially existing in the complaint if the defendant disagrees with my analysis or believes I have overlooked something during my screening.

Dated this   2nd   day of September, 2005.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge