UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHAROAH V MORRIS,

        Plaintiff,

  v.                                                                                               Case No. 05-C-458

LETITIA LEY,

        Defendant.

**ORDER APPOINTING COUNSEL**

      Plaintiff Pharoah Morris, an inmate in the Wisconsin State Prison System, filed this pro se civil rights action against various employees of the Department of Corrections, alleging that the conditions of his confinement violated his constitutional rights. Following the defendant's motion for summary judgment, the only claim that remains is plaintiff's Eighth Amendment claim regarding the conditions of his confinement in the segregation unit of Columbia Correctional Institution for a ten-day period in October of 2003. At a status conference on the remaining claim held on January 25, 2007, Plaintiff Morris reiterated his request that the court appoint counsel for him. The court has now been informed that Attorney George Burnett of the Law Firm of Liebmann Conway Olejniczak & Jerry SC is willing to accept this appointment.

      **IT IS THEREFORE ORDERED** that Attorney George Burnett and any attorney working under his supervision is hereby appointed to represent plaintiff in the above action. The clerk is

instructed to set this matter for a further status conference within the next forty-five days and to include Attorney Burnett in the scheduled conference.

Dated this 21st day of February, 2007.

                                                                                       s/ William C. Griesbach
                                                                                       William C. Griesbach
                                                                                       United States District Judge