# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PHAROAH V. MORRIS,

    Plaintiff,

v.                                         Case No. 05-C-0458

LETITIA LEY, *et al.*,

    Defendants.

## ORDER

    Pro se Plaintiff Pharoah V. Morris has filed a motion for extension of time in the above matter. He indicates he has lost some of his legal materials and is unaware of any deadlines that may exist.

    The only deadline now in effect is the deadline for dispositive motions. Dispositive motions must be filed on or before December 3, 2007. In the event no motion is filed, or after any such motion is decided, or in the event that any claims survive a decision on such a motion, the court will contact the parties and schedule this matter for trial. At this time, no reason has been given to extend any further deadlines. Accordingly, plaintiff's motion is denied.

    **SO ORDERED** this   23rd   day of October, 2007.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach
                                                            U.S. District Judge