# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PHAROAH V. MORRIS,

    Plaintiff,

  v.                                    Case No. 05-C-0458

LETITIA LEY, et al.,

    Defendants.

**ORDER**

        Pro se Plaintiff Pharoah V. Morris filed a motion for extension of time in the above matter on October 18, 2007. Although his motion was denied because it was unclear at that time that there was any reason for an extension, it is now apparent that Morris sought by his motion to extend the deadline for discovery beyond November 1, 2007. Morris has now informed the court that defendants have refused his discovery requests as untimely and that his delay was due to circumstances beyond his control. The court is satisfied that good cause has been shown. Accordingly, the motion for an extension of time will be granted. Defendants should provide Morris with materials responsive to his outstanding requests for discovery to the extent otherwise appropriate.

        **SO ORDERED** this 30th day of October, 2007.

                                                s/ William C. Griesbach
                                              WILLIAM C. GRIESBACH
                                              United States District Judge