UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHAROAH V. MORRIS,

    Plaintiff,

v.                                                  Case No. 05-C-0458

LETITIA LEY, et al.,

    Defendants.

**ORDER**

Plaintiff Pharoah V. Morris, a state prisoner at all times relevant, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. Presently before me is Morris' Petition for Mandamus, in which he requests that the court compel the Chief Administrator of Stanley Correctional Institution to produce certain records he has requested pursuant to Wisconsin's Open Records Law. See Wis. Stat. § 19.32.

Mandamus is not the proper procedure to compel responses to discovery requests. If Morris believes that defendants have improperly withheld requested discovery materials, he should seek a motion to compel. If plaintiff has an Open Records issue under state law, he should seek to enforce his rights under the Wisconsin law in a Wisconsin court. There is no basis for this court to issue an order compelling non-parties to provide information under the Wisconsin Open Records Law. Accordingly, the petition is denied.

**SO ORDERED** this   20th   day of November, 2007.

                                                             s/ William C. Griesbach
                                                             William C. Griesbach
                                                             United States District Judge