UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHAROAH MORRIS,

        Plaintiff,

v.                                                   Case No. 05-C-0458

LETITIA LEY, et al.,

        Defendant.

**ORDER**

      Plaintiff Pharoah Morris has filed a motion in the above matter alleging that since his recent transfer from Stanley Correctional Institution to Waupun Correctional Institution, he has been missing many of his legal papers and medical records, including discovery materials disclosed to him by the defendants and copies of recent pleadings and court orders in this case. He claims these documents were not transferred with him. According to Morris, prison officials took the papers in order to obstruct his present litigation and deny him meaningful access to the courts. In support of his motion, Morris has submitted documentation of his unsuccessful attempts to pursue administrative relief. He alleges that despite these efforts, he remains without the benefit of the materials he needs to prepare his case. Accordingly, counsel for the defendants is directed to respond to Morris' allegations concerning his missing documents within 14 days of the date of this order.

      **SO ORDERED,** this 16th day of April, 2008.

                                                                       s/ William C. Griesbach
                                                                       WILLIAM C. GRIESBACH
                                                                       United States District Judge