UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHAROAH V. MORRIS,

        Plaintiff,

v.                                          Case No. 05-C-458

LETITIA LEY, et al,

        Defendant.

**ORDER APPOINTING COUNSEL**

        Plaintiff Pharoah Morris, an inmate in the Wisconsin State Prison System, filed this pro se civil rights action against various employees of the Wisconsin Department of Corrections, alleging numerous violations of his constitutional rights. After lengthy motion practice, and including the previous appointment of counsel, this Court granted summary judgment on all claims. Morris appealed and the Seventh Circuit vacated the Judgment as to two claims: the conditions of confinement claim arising out of Morris' placement in segregation at Columbia Correctional Institution and the Failure to Protect Claim that arose at Waupun Correctional Institution.

        Given that Morris has established a factual basis for trial and the lack of experience and knowledge he has concerning legal matters, the Court now concludes that Morris' previous request for reappointment of counsel should be granted. Accordingly, the Court hereby appoints Attorney Heather Holden Brooks of the law firm of Foley & Lardner as counsel for Mr. Morris.

The clerk is instructed to set this matter on the calendar for a status conference upon Attorney Brooks' indication that she is willing to accept the appointment.

**SO ORDERED** this   24th   day of August, 2009.

s/ William C. Griesbach
William C. Griesbach
United States District Judge