UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

PHAROAH V. MORRIS,

    Plaintiff,

v.    Case No. 05-C-0458

LETITIA LEY, *et al.*,

    Defendants.

## ORDER

Plaintiff Pharoah Morris, an inmate in the Wisconsin prison system, proceeds pro se in this case under 42 U.S.C. § 1983. Defendants filed a motion in which they seek an order allowing plaintiff to review certain exhibits that state regulations would ordinarily prevent inmates from viewing or possessing. (Doc. # 326.) These include offender complaints filed by other inmates and incident reports involving other inmates. In order to allow plaintiff an opportunity to review these exhibits, defendants have arranged for plaintiff to review copies of Exhibits 1026-1027 and 1037-1045 at the Oshkosh Correctional Institution ("OSCI"), where he is currently housed, on Tuesday, January 26, 2010 from 1:00 p.m. until 3:00 p.m in the Movement Officer Section.

Defendants' motion is **GRANTED**. Plaintiff will be permitted to review Exhibits 1026-1027 and 1037-1045 at the OSCI. Plaintiff is otherwise prohibited from possessing copies of these exhibits until trial. At the end of each day of trial plaintiff must return these exhibits to defendants or their counsel.

**SO ORDERED** this   19th   day of January, 2010.

                                                                                   s/ William C. Griesbach
                                                                                    William C. Griesbach
                                                                                    U.S. District Court Judge